George Burden, appellee, v. Rissman Lumber & Supply Company, appellant. Gen. No. 35,806.

Opinion filed July 13, 1932.
Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. E. J. Hauflaire, for appellees.
Mr. Justice Matchett delivered the opinion of the court.

Oscar Nelson and E. A. Holmberg, trading as Nelson & Holmberg, defendants in error, v. Trenner J. Jacobsen, sued as Ferner Jacobson, trading as Jacobson & Company, plaintiff in error. Gen. No. 35,857.

Opinion filed July 13, 1932. Rehearing denied July 25, 1932.
John F. Lax, for plaintiff in error. Meyer Shapiro, for defendants in error.
Mr. Justice Matchett delivered the opinion of the court.

Tyler & Hippach, appellee, v. Cook Lumber & Terminal Company, appellant. Gen. No. 35,877.

Opinion filed July 13, 1932.
Cohen & Berke, for appellant. John Thornton Gilbert, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Solomon Lewis, appellee, v. Morris Richter and Louis A. Sherman, appellants. Gen. No. 35,904.

Opinion filed July 13, 1932.
Abrams, Sherman & Lewis, for appellants; Irving S. Abrams and Preston Clark, of counsel. Herbert G. Immenhausen and Samuel W. Banovitz, for appellee; Clyde C. Fisher, of counsel.
Mr. Justice Matchett delivered the opinion of the court.